Filed 8/25/21

# IN THE SUPREME COURT OF CALIFORNIA

THE PEOPLE,
Plaintiff and Respondent,

v.

VINCE E. LEWIS,
Defendant and Appellant.

S260598

Second Appellate District, Division One
B295998

Los Angeles County Superior Court
TA117431

---

## ORDER MODIFYING OPINION AND
## DENYING PETITION FOR REHEARING

THE COURT:

The opening sentence of the opinion in this matter filed July 26, 2021, and appearing at 11 Cal.5th 952, is modified to read as follows:

Senate Bill No. 1437 (Stats. 2018, ch. 1015; Senate Bill 1437) eliminated natural and probable consequences liability for murder as it applies to aiding and abetting, and limited the scope of the felony murder rule.

This modification does not affect the judgment.

The petition for rehearing is denied.

1